# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| Joy Knutson, | Court File No. 3:22-CV-191-PDW-ARS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| EPIC Management, LLC, | |
| Defendant. | |

The parties in the above-captioned matter, by their respective counsel, hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 4, 2023

*/s/ Michelle L. Kornblit*
Steven Andrew Smith (#260836)
Michelle L. Kornblit (#0397778)
**NICHOLS KASTER, PLLP**
4700 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
smith@nka.com
mkornblit@nka.com

*Attorneys for Plaintiff*

Dated: October 4, 2023

*/s/ Joseph M. Sokolowski*
Joseph M. Sokolowski (#0178366)
Lukas S. Boehning (#0401165)*
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: (612) 492-7000
jsokolowski@fredlaw.com
lboehning@fredlaw.com

Matthew P. Kopp (#09572)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND 58102-4991
Telephone: (701) 237-8200
mkopp@fredlaw.com

*Attorneys for Defendant*

*\* Admitted Pro Hac Vice*

77723817 v1